## JAMIE GOMEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Jamie Gomez' petition for certification for appeal from the Appellate Court, 80 Conn. App. 906 (AC 24078), is denied.

*Robert J. McKay*, special public defender, in support of the petition.

Decided January 22, 2004

## STATE OF CONNECTICUT *v.* EMISAEL VAZQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 907 (AC 23343), is denied.

*Martin Zeldis*, public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided February 4, 2004

## STATE OF CONNECTICUT *v.* MICHAEL HICKEY

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 589 (AC 22847), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

Decided February 11, 2004